Mrs. May Cazzell, *Appellee,* v. William Brown, *Appellant.*

No. 16,221.

Appeal from Wyandotte court of common pleas; William G. Holt, judge. Opinion filed December 11, 1909. Affirmed.

*John A. Hale,* and *Henry E. Dean,* for the appellant.

*L. W. Keplinger,* for the appellee.

*Per Curiam:* Aided by the inferences legitimately to be drawn from the proved facts the evidence is abundant to sustain the referee's findings. No question of prior or subsequent creditor is involved. The finding is that the money in controversy belongs to Brown. The judgment is affirmed.

---

James Cowgill, *Appellee,* v. H. J. Evans, *Appellant.*

No. 16,237.

Appeal from Finney district court; William H. Thompson, judge. Opinion filed January 8, 1910. Reversed.

*Thomas A. Scates,* and *Albert Watkins,* for the appellant.

*R. W. Hoskinson,* and *Albert Hoskinson,* for the appellee.

*Per Curiam:* This case was submitted with *Doty v. Evans,* ante, p. 463, and presents the same questions. For the reasons given in the opinion in that case the judgment is reversed and the cause remanded.